```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 21501
   MICHAEL MANNING
   LAURA M MANNING                              CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

            Debtor
   SSN XXX-XX-8693     SSN XXX-XX-4627

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 08/15/2008 and was not confirmed.

   The case was dismissed without confirmation 01/29/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------
NATIONWIDE ADVANTAGE MOR  CURRENT MORTG          .00          .00          .00
NATIONWIDE ADVANTAGE MOR  MORTGAGE ARRE      7000.00          .00          .00
AMERICAN GENERAL FINANCE  CURRENT MORTG          .00          .00          .00
AMERICAN GENERAL FINANCE  MORTGAGE ARRE      5897.00          .00          .00
HOMEQ SERVICING CORP      CURRENT MORTG          .00          .00          .00
HOMEQ SERVICING CORP      MORTGAGE ARRE          .00          .00          .00
BANK OF NEW YORK          CURRENT MORTG          .00          .00          .00
BANK OF NEW YORK          MORTGAGE ARRE      9000.00          .00          .00
LASALLE BANK NATIONAL AS  CURRENT MORTG          .00          .00          .00
SMITH ROTHCHILD FINANCIA  CURRENT MORTG          .00          .00          .00
CONCORD SERVICING         CURRENT MORTG          .00          .00          .00
COOK COUNTY TREASURER     SECURED           11475.00          .00          .00
AMERICAN GENERAL FINANCE  SECURED VEHIC     15065.00          .00          .00
BMW FINANCIAL SERVICES    SECURED VEHIC          .00          .00          .00
INTERNAL REVENUE SERVICE  PRIORITY           1341.92          .00          .00
AMERICAN EXPRESS BANK     UNSEC W/INTER        23.00          .00          .00
BANK OF AMERICA NA        UNSEC W/INTER   NOT FILED           .00          .00
BENEFICIAL HFC            UNSEC W/INTER   NOT FILED           .00          .00
ECAST SETTLEMENT          UNSEC W/INTER      1113.24          .00          .00
PORTFOLIO RECOVERY        UNSEC W/INTER      1080.95          .00          .00
DISCOVER FINANCIAL SERVI  UNSEC W/INTER   NOT FILED           .00          .00
ROUNDUP FUNDING LLC       UNSEC W/INTER      3557.85          .00          .00
PEOPLES GAS               UNSEC W/INTER   NOT FILED           .00          .00
VYRIDIAN REVENUE MANAGEM  UNSEC W/INTER   NOT FILED           .00          .00
RUSH CONSULT IN ENDOCRIN  UNSEC W/INTER   NOT FILED           .00          .00
MERRICK BANK              UNSEC W/INTER      1672.15          .00          .00
RUSH UNIVERSITY MEDICAL   UNSEC W/INTER   NOT FILED           .00          .00
RUSH UNIVERSITY MEDICAL   UNSEC W/INTER   NOT FILED           .00          .00
LOYOLA UNIVERSITY HEALTH  UNSEC W/INTER   NOT FILED           .00          .00
LOYOLA UNIVERSITY PHYS F  UNSEC W/INTER   NOT FILED           .00          .00
LOYOLA UNIVERSITY HEALTH  UNSEC W/INTER   NOT FILED           .00          .00
LOYOLA UNIVERSITY HEALTH  UNSEC W/INTER   NOT FILED           .00          .00
LOYOLA UNIVERSITY PHYS F  UNSEC W/INTER   NOT FILED           .00          .00
LOYOLA UNIVERSITY PHYS F  UNSEC W/INTER   NOT FILED           .00          .00
LOYOLA UNIVERSITY PHYS F  UNSEC W/INTER   NOT FILED           .00          .00
```

```
LOYOLA UNIVERSITY HEALTH  UNSEC W/INTER NOT FILED             .00          .00
RUSH UNIVERSITY MEDICAL   UNSEC W/INTER NOT FILED             .00          .00
LVNV FUNDING              UNSEC W/INTER    241.94             .00          .00
US DEPT OF EDUCATION      SECURED             .00             .00          .00
US DEPT OF EDUCATION      UNSEC W/INTER       .00             .00          .00
ANDREA THOMAS             NOTICE ONLY   NOT FILED             .00          .00
BETTY LOVE                UNSEC W/INTER NOT FILED             .00          .00
GAIL ROBINSON             NOTICE ONLY   NOT FILED             .00          .00
HAYWOOD NELSON            NOTICE ONLY   NOT FILED             .00          .00
MICHAEL CLARK             NOTICE ONLY   NOT FILED             .00          .00
PATRICIA WYNN             NOTICE ONLY   NOT FILED             .00          .00
SHEILA DESPENZA           NOTICE ONLY   NOT FILED             .00          .00
TEDROE MICKIEL            NOTICE ONLY   NOT FILED             .00          .00
THERESA LOVE              NOTICE ONLY   NOT FILED             .00          .00
LITTON LOAN SERVICING LP  MORTGAGE NOTI NOT FILED             .00          .00
WELLS FARGO FINANCIAL IL  UNSEC W/INTER    786.56             .00          .00
LASALLE BANK NATIONAL AS  MORTGAGE NOTI NOT FILED             .00          .00
LASALLE BANK NATIONAL AS  SECURED NOT I  20770.39             .00          .00
CITY OF CHICAGO PARKING   UNSEC W/INTER    120.00             .00          .00
INTERNAL REVENUE SERVICE  UNSECURED        289.74             .00          .00
NATIONWIDE ADVANTAGE MOR  MORTGAGE NOTI NOT FILED             .00          .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY    3,154.00                     3,154.00
TOM VAUGHN                TRUSTEE                                       244.72
DEBTOR REFUND             REFUND                                      1,801.28

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                5,200.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                              3,154.00
TRUSTEE COMPENSATION                          244.72
DEBTOR REFUND                               1,801.28
                   ---------------     ---------------
TOTALS                 5,200.00             5,200.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/10/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE